JUDGE BATTS

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

ROSS WEIL, Individually and
BRETT ROYCE, Individually

      Plaintiffs,

v.

AMERICAN UNIVERSITY, a District
of Columbia nonprofit corporation

      Defendant.

_____/

CASE NUMBER:



07 CIV 7748

### Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable

District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

the undersigned counsel for the Plaintiffs (a private non-governmental party) certifies that the

following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: 8/30/cq

MICHAEL A. KAUFMAN P.A.

By: _____

Michael A. Kaufman (MK-8752)
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile