# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of New York |
|---|---|
| Ross Weil, Individually, et al<br><br>Plaintiff<br><br>vs.<br><br>American University, a District of Columbia nonprofit corporation<br><br>Defendant | Attorney:<br><br>Law Office of Michael A. Kaufman, PA<br>570 Lexington Ave, 44th Floor<br>New York, NY. 10022 |

**Case Number:** 07-CIV-7748

Legal documents received by Same Day Process Service on August 31st, 2008 at 11:00 AM to be served upon American University, c/o Hisham Khalid, Esq., Associate General Counsel at 3201 New Mexico Ave., NW, Washington, DC. 20016

I, Brandon A. Snesko, swear and affirm that on August 31st, 2007 at 12:55 PM, I did the following:

Served the corporation listed as the intended recipient of the legal documents by delivering a conformed copy of the Summons; Complaint and Demand for Jury Trial; Individual Practices of Judge Deborah A. Bates; Individual Practices of Magistrate Judge Maas to Hisham Khalid, Esq. as Associate General Counsel of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male  Age: 35  Height: 6'3  Weight: 200  Skin Color: Light Skinned Black  Hair Color: Bald  Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004446

District of Columbia : SS
Subscribed and Sworn to before me
this 5th day of September, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.