09/17/2007 12:16   2123197605   ZZA LLP   PAGE 02/03

Sep-17-07  11:36am  From-HOLLAND AND KNIGHT   +   T-192  P.003/005  F-351

Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq., *Of Counsel*
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROSS WEIL and BRETT ROYCE,

                Plaintiffs,

   - against -

AMERICAN UNIVERSITY,

                Defendant.
------------------------------------------------------X

Hon. Deborah A. Batts

07 Civ. 7748

**STIPULATION AND ORDER
EXTENDING TIME TO
ANSWER, MOVE, OR
OTHERWISE RESPOND
TO THE COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the undersigned parties, that the time for Defendant American University to answer, move, or otherwise respond to the Complaint, presently due on September 19, 2007, is hereby extended through and including October 15, 2007, and that Defendant American University reserves any and all defenses, including, but not limited to, any and all jurisdictional defenses. Defendant, however, agrees that it will not contest the manner in which service was made. No previous requests for an extension have been made in this case.

Dated: September 14, 2007

09/17/2007 12:16   2123197605                ZZA LLP                               PAGE 03/03

Sep-17-07  11:36am  From-HOLLAND AND KNIGHT           +                T-192  P.004/005  F-351

| HOLLAND & KNIGHT LLP | MICHAEL A. KAUFMAN, P.A. |
|---|---|
| By: *[signature]* <br> Colleen A. Sorrell <br> 195 Broadway <br> New York, NY 10007 <br> 212-513-3200 <br> Attorneys for Defendant <br> American University | By: *[signature]* 9/17/07 <br> Michael A. Kaufman (MK-8752) <br> 570 Lexington Avenue, 4th Floor  44th FL <br> New York, NY 10022 <br> 212-759-1170 <br> Attorneys for Plaintiffs <br> Ross Weil and Brett Royce |

IT IS SO ORDERED ON this __18th__ day of __September__, 2007.

*[signature: Deborah A. Batts]*
Hon. Deborah A. Batts, U.S.D.J.   9/18/2007

# 4790239_v2