Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010
Attorneys for American University

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSS WEIL and BRETT ROYCE,                :      Hon. Deborah A. Batts
                                          :
                    Plaintiffs,           :      07 Civ. 7748
                                          :
         - against -                      :      **NOTICE OF MOTION**
                                          :      **TO DISMISS**
AMERICAN UNIVERSITY,                      :
                                          :      **ORAL ARGUMENT**
                    Defendant.            :      **REQUESTED**
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Abbey Silberman Fagin, the Memorandum of Law in Support of Defendant's Motion to Dismiss, defendant American University will move this Court before the Hon. Deborah A. Batts, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York on a date to be scheduled by the Court, for an Order:

      (1)     pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing plaintiffs' complaint for lack of personal jurisdiction; or alternatively

      (2)     pursuant to 28 U.S.C. §1404 or §1406 dismissing the case and/or transferring venue to the District Court of the District of Columbia; and

      (3)     granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, answering papers, if any, shall be served no later than ten (10) business days from the date of service of the motion papers, and reply papers, if any, shall be served no later than five (5) business days from the date of service of the opposition papers.

Dated: October 15, 2007
      New York, New York

                         HOLLAND & KNIGHT LLP

                    By: /s/ Colleen A. Sorrell
                        Colleen A. Sorrell
                        Charles D. Tobin (*pro hac vice* pending)
                        195 Broadway
                        New York, NY 10007
                        Ph. 212-513-35200
                        Fx. 212-385-9010
                        *Attorneys for American University*