Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (Of Counsel)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSS WEIL and BRETT ROYCE,

      Plaintiffs,

- against -

AMERICAN UNIVERSITY,

      Defendant.

---

Hon. Deborah A. Batts

07 Civ. 7748

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF CHARLES D. TOBIN**

**PLEASE TAKE NOTICE THAT**, upon the annexed Affidavit of Colleen A. Sorrell and Verified Petition of Charles D. Tobin, the undersigned will move this Court before the Honorable Deborah A. Batts, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 2510, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to the Local Rules for the United States District Court for the Southern District of New York granting *pro hac vice* admittance of Charles D. Tobin to the bar of the Court and permitting him to serve as co-counsel for the defendant, American University, in the above-captioned case.

A proposed form of Order is attached hereto.

Dated: October 15, 2007

                        Respectfully submitted,

                        HOLLAND & KNIGHT LLP

                        By: /s/ Colleen A. Sorrell
                        Colleen A. Sorrell
                        Charles D. Tobin (Of Counsel)
                        195 Broadway
                        New York, New York 10007
                        (212) 513-3200
                        (212) 385-9010
                        *Attorneys for Defendant*

Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (Of Counsel)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS WEIL and BRETT ROYCE,<br><br>               Plaintiffs,<br><br>    - against -<br><br>AMERICAN UNIVERSITY,<br><br>               Defendant. | Hon. Deborah A. Batts<br><br>07 Civ. 7748<br><br>**AFFIDAVIT OF COLLEEN A. SORRELL IN SUPPORT OF PRO HAC VICE ADMISSION OF CHARLES D. TOBIN** |

**COLLEEN A. SORRELL**, being duly sworn, deposes and says:

1. I am an associate with the firm of Holland & Knight LLP, attorneys for defendant, American University.

2. I am submitting this Affidavit in support of the application of Charles D. Tobin for admission to this Court *pro hac vice*.

3. I was admitted to practice in the courts of the State of New York and the Southern District of New York in 2003. I am a member in good standing of the bar of each of those courts.

4. Mr. Tobin is a partner with Holland & Knight LLP in our Washington, D.C. office who specializes in media and communications law. He will act as co-counsel in this case.

5. Mr. Tobin is a member in good standing of the Bar of the District of Columbia having been admitted to that bar in 1997. A certificate of good standing from the Bar of the District of Columbia is attached to Mr. Tobin's Verified Petition as Exhibit A.

6. Mr. Tobin is a member in good standing of the Bar of the State of Florida, having been admitted to that bar in 1989. A certificate of good standing from the State Bar of Florida is attached to Mr. Tobin's Verified Petition as Exhibit B.

WHEREFORE, I respectfully request that Charles D. Tobin be permitted to appear as counsel and advocate in the above-captioned matter *pro hac vice*.

Dated: New York, New York
October 15, 2007

_____
Colleen A. Sorrell

Sworn to before me on
this /  day of October, 2007

_____
Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

2

Colleen A. Sorrell, Esq. (Bar No. 4142279)
Charles D. Tobin, Esq. (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS WEIL and BRETT ROYCE,<br><br>                       Plaintiffs,<br><br>    - against -<br><br>AMERICAN UNIVERSITY,<br><br>                       Defendant. | Hon. Deborah A. Batts<br><br>07 Civ. 7748<br><br>**VERIFIED PETITION FOR PRO HAC VICE ADMISSION OF CHARLES D. TOBIN** |

      **CHARLES D. TOBIN**, being duly sworn, deposes and says:

      1.     I am a partner in the law firm of Holland & Knight LLP, attorneys for the defendant, American University. My business address is Holland & Knight LLP, 2099 Pennsylvania Ave., Suite 100, Washington, D.C. 20006.

      2.     I was admitted to practice in the courts of the District of Columbia in 1997. A certificate of good standing issued by the District of Columbia Court of Appeals Committee on Admissions is attached hereto as Exhibit A.

      3.     I was admitted to practice in the courts of the State of Florida in 1989. A certificate of good standing issued by the Supreme Court of Florida is attached hereto as Exhibit B.

2

4.  I have not been the subject of any disciplinary proceeding before any court or administrative body.

5.  I certify that I have read an am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

6.  I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, in view of the foregoing, and pursuant to Local Civil Rule 1.3(c), I respectfully request that the Court permit me to appear and participate in the above-entitled case *pro hac vice* as co-counsel for the defendant, American University.

Dated: Washington, D.C.
October 10, 2007

_____
Charles D. Tobin

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHARLES DAVID TOBIN

was on the 8TH day of AUGUST, 1997 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 10, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**CHARLES DAVID TOBIN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 20, 1989,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 8, 2007.*

Clerk of the Supreme Court of Florida

Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (Of Counsel)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSS WEIL and BRETT ROYCE,

    Plaintiffs,

- against -

AMERICAN UNIVERSITY,

    Defendant.

Hon. Deborah A. Batts

07 Civ. 7748

**CERTIFICATE OF SERVICE**

---

I hereby certify, pursuant to Title 28 U.S.C. § 1746, that on October 15, 2007, I served a copy of the Notice of Motion for Pro Hac Vice Admission of Charles D. Tobin with supporting papers, and Proposed Order Granting Pro Hac Vice Admission of Charles D. Tobin, by first class mail to:

    Michael A. Kaufman, Esq.
    Michael A. Kaufman, P.A.
    570 Lexington Avenue, 44th Floor
    New York, New York 10022

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2007.

    _/s/ Colleen A. Sorrell_
    Colleen A. Sorrell
    Holland & Knight LLP
    195 Broadway
    New York, New York 10007