Michael A. Kaufman (MK-8752)
Michael A. Kaufman, P.A.
*Attorney for Plaintiffs*
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile
michael@mkaufmanpa.com – Email

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS WEIL, individually and<br>BRETT ROYCE, individually<br><br>Plaintiffs,<br>v.<br><br>AMERICAN UNIVERSITY, a<br>District of Columbia Corporation<br><br>Defendant.<br>_____/ | Hon. Deborah A. Batts<br>Case No. 07-CIV-7748<br><br><br><br><br>**DECLARATION OF<br>ROSS WEIL**<br><br>**Pursuant to 28 U.S.C. §1746** |

I, Ross Weil declare as follows:

1. I am an Alumnus of American University and I graduated in 2002 from the Kogod School of Business.

2. I currently reside at 155 East 29th Street, New York, New York 10016.

3. I previously lived at 43 Jane Street, Apt 5R, New York, New York 10014.

4. In or around May, 2007, I received a copy of the American University Magazine dated Spring 2007 ("Newsletter") at my apartment located at 43 Jane Street, Apt 5R, New York, New York 10014.

5. Exhibit "A" of this Declaration is a true and correct copy of the Newsletter front and back cover and page 45 of the Newsletter that I received at my previous New York Apartment.

Declaration of Ross Weil
Page 2 of 2

6.    It will be a financial hardship to pursue this litigation in the District of Columbia, as my attorney will most likely have to hire local counsel.

7.    I have attended American University's events in New York since my graduation, more particular in 2004 or 2005, I attended an event at The Park Avenue Country Club[1] located at 27th Street and Park Avenue.

8.    I am a resident of New York, New York, my place of employment is located in New York, New York and any travel to Washington, D.C. during work week will interfere with my employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _24th_ day of October 2007.

_____
Ross Weil

---

[1] The Park Avenue Country Club has recently closed and replaced by another restaurant.

# AMERICAN

Magazine of American University                             Spring 2007

PLEASE RECYCLE THIS MAGAZINE!



CLASS NOTES continued from page 41
Atlantic University. She works for the University of Miami Miller School of Medicine's Regional Campus at FAU in Boca Raton, Fla.

## 2001

Melanie Altarescu, SOC/BA, and Mark Jafar, SOC/BA, were married on Oct. 21, 2006. They live in New York.

Johnny Bardine, SPA/BA, graduated from Stetson University College of Law in May 2006 and has accepted a position with the Law Offices of Suzanne Wolfe Martin, an international commercial arbitration firm in Geneva, Switzerland. *Donor to: SPA Leadership Fund*

Ronald Hearns, SPA/BA, dominated his boxing opponent during a special edition of Showtime's *ShoBox: The New Generation*. Hearns turned pro in 2004 after winning the 2004 National Middleweight Championship title. He lives in Michigan.

Megan Anne Kinsey, SIS/BA, married Austin Lee Smith in Syracuse, N.Y., on Sept. 19, 2005. The couple traveled to Machu Picchu and the Yarapa River Lodge in Peru for their honeymoon. They live in Washington, D.C.

Shelby Reardon Logsdon, SPA/MPA, was appointed executive director for CHART, the Campaign for a Healthy and Responsible Tennessee, based in Nashville. CHART strives to initiate and sustain policy and cultural change that will create a tobacco-free Tennessee.

Kara Mancini, Kogod/BSBA, has earned her master's degree in education from Lesley University in Cambridge, Mass. She teaches middle school math in Boston. klm2001dc@yahoo.com *Donor to: Finance Department, KSB Dean's Discretionary Fund, AU Fund for Excellence, and Reunion Registration*

Mike Mazzocco, SPA/BA, is coanchor of *NewsCenter 17 Today* and solo anchor of *NewsCenter 17 at Noon* at NBC 17 WAND-TV in central Illinois. Mike accomplished a lifelong goal on Oct. 24, 2006, when he finished the Chicago Marathon in 4:26:27. *Donor to: Athletic Ticket Sales and AU Fund for Excellence*

Geneve Menscher, SIS/MA, and Bunna I were married in August 2005. Geneve is a foreign service officer in Tokyo. *Donor to: SIS Dean's Discretionary Fund*

Ara Swanson Merkens, SOC/BA, married Todd Merkens on Aug. 13, 2005. They live in Seattle. *Donor to: University Library*


*Ara Swanson '01 and Todd Merkens*

Maria Papadopoulos, SOC/MA, won an award for deadline news reporting in the 2006 New England Associated Press News Executives Association writing contest. *Donor to: SOC Dean's Discretionary Fund, SOC Building Fund, AU Fund for Excellence, and Reunion Registration*

Carrie Leathe Rice, SOC/BA, is a newly designated certified meeting professional (CMP). She is a meeting planner with the Casualty Actuarial Society, a nonprofit association, in Arlington, Va.

Aaron Smethurst, SIS/BA, married Ayako Kontani on Sept. 16, 2006, in Albuquerque. *Donor to: SIS Dean's Discretionary Fund*


*Aaron Smethurst '01 and wife Ayako Kontani*

## 2002

Amy Cada Anda, Kogod/BSBA, received the inaugural Rising Star Award from *Federal Computer Week* magazine on Oct. 12, 2006. Amy is a consultant-analyst for Perot Systems and lives in Arlington, Va., with her husband, Nathan. *Donor to: KSB Dean's Discretionary Fund, AU Fund for Excellence, Young Alumni Chapter, Boston Alumni Chapter, Alumni Association Fund, Alumni Scholarship and Reunion Registration*


*Amy Anda '02*

Andrew Noyes, SOC/BA, SOC/MA'03, is a senior writer for the *National Journal's Technology Daily* covering intellectual property, privacy, civil liberties, and courts-litigation.

Anthony Vacanti, SPA/BA, is an associate at the law firm of Buckingham, Doolittle and Burroughs in Akron, Ohio. *Donor to: SPA Leadership Fund*

Ross Weil, Kogod/BS, was named chief operating officer of the Gay Rights Brigade, which lobbies for constitutional amendments providing for homosexual privacy and marriage rights. He married his life-partner, Brett Royce, SIS/BA '01, on June 10, 2006, in Boston. Ross lives in New York.


*Anthony Vacanti '02*

## 2003

Shadi Al Hourani, SIS/MA and his wife, Samah, announce the birth of their son, Abdullah, in September 2005. Shadi works at the Royal Hashemite Court of Jordan in Amman, Jordan.


*Abdullah, son of Shadi Al Hourani '03*

Christina Bache, SIS/BA, SIS/MA '04, married Firat Fidan, Kogod/MBA '04, on Sept. 9, 2006, in Istanbul, Turkey. She is the program coordinator for the Turkey-U.S. Public Policy Initiative at Sabanci University. He is the marketing manager at ASF Renault.


*Christina Maria Bache '03/'04, and husband Firat Fidan '04*



William Blanchard, CAS/BA, graduated in 2004 from the Defense Language Institute with an associate of arts degree in Arabic. He is also a certificate recipient for an Iraqi dialect course from the George C. Marshall Center for Security Studies in Germany. Currently deployed in Iraq, he plans to start an IT business in New York upon his return.

Arturo DeCastro, WCL/JD, joined Bryan Cave's Phoenix office as an associate in the firm's Environmental Client Service Group.


*Arturo A. DeCastro '03*

Byron Derringer, CAS/MS, has received a patent on a laser system designed to prevent airport runway incursion and detect debris. He is also the founder of Runway Technologies, a company he started to further promote his laser technology. www.runwaytechnologies.com

*Byron Derringer '03*

Jennifer Lin, CAS/MA, was promoted to director of Marketing and Audience Development at the Sacramento Opera.

Gregory McNeal, SPA/MPA, published the world's first book on the trial of Saddam Hussein, titled *Saddam On Trial: Understanding and Debating the Iraqi High Tribunal*. Gregory is a senior fellow in counterterrorism and international law at Case Western Reserve University School of Law. *Donor to: SPA Leadership Fund*


*Gregory McNeal '03*

Karyn Dobroskey Rienzi, WCL/JD, joined Rawle and Henderson's product liability section in Philadelphia as an associate. *Donor to: WCL Dean's Discretionary Fund*

Francisco Ayala Silva, SOC/MA, was named the managing editor of *Noticias Libres*, a Spanish language newspaper in Fayetteville, Ark.

Charise Van Liew, SIS/BA, is the recipient of the 2006 Linowes Leadership Award for her work with FLY, Facilitating Leadership in



**SNAPPED**
AU students celebrate Dr. Seuss Day by reading his books to children at Bancroft and Brightwood Elementary Schools in Washington, D.C.



## AMERICAN UNIVERSITY
WASHINGTON, DC

Washington, DC 20016-8002
Address Service Requested

Non-Profit Org.
U.S. Postage PAID
Permit No. 451
Dulles, V.A.

****************************AUTO**5-DIGIT 10014
MAG: 0608148                      26/3/3310
MR. ROSS L. WEIL
43 JANE ST APT 5R
NEW YORK NY 10014-5126