Michael A. Kaufman (MK-8752)
Michael A. Kaufman, P.A.
*Attorney for Plaintiffs*
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile
michael@mkaufmanpa.com – Email

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROSS WEIL, individually and
BRETT ROYCE, individually

v.          Plaintiffs,

AMERICAN UNIVERSITY, a
District of Columbia Corporation

Defendant.
_____/

Hon. Deborah A. Batts
Case No. 07-CIV-7748

**DECLARATION OF
BRETT ROYCE**

**Pursuant to 28 U.S.C. §1746**

I, Brett Royce declare as follows:

1.      I am an alumnus of American University, I graduated in 2001 from the School of International Service.

2       I currently reside at 205 3rd Avenue, New York, New York.

3.      It will be a financial hardship to pursue this litigation in the District of Columbia, as my attorney will most likely have to hire local counsel.

4.      In 2004 or 2005, I attended an American University event in New York, New York at The Park Avenue Country Club, which was located at 27th Street and Park Avenue.[1] In attendance at this event, there were representatives from American University, the active student body and the local alumni.

---

[1] The Park Avenue Country Club has recently closed and replaced by another restaurant.

Declaration of Brett Royce
Page 2 of 2

5.      I am a resident of New York, New York, my place of employment is located in New York, New York and any travel to Washington, D.C. during the work week, will interfere with my employment.

6.      I plan on attending all court hearings regarding my case and in the event this matter is transferred to the District of Columbia, I will be unable to actively participate.

7.      Since graduating I have received, in New York, New York, mailings from American University.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this ___23ʳᵈ___ day of October, 2007.


Brett Royce