Michael A. Kaufman (MK-8752)
Michael A. Kaufman, P.A.
*Attorney for Plaintiffs*
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile
michael@mkaufmanpa.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROSS WEIL, Individually and<br>BRETT ROYCE, Individually<br><br>         Plaintiffs,<br><br>   v.<br><br>AMERICAN UNIVERSITY, a<br>District of Columbia Corporation<br><br>         Defendant.<br>_____/ | Hon. Deborah A. Batts<br>Case No. 07-CIV-7748<br><br><br><br><br>**DECLARATION OF**<br>**JENNIFER ONDYAK**<br><br>**Pursuant to 28 U.S.C. §1746** |

I, Jennifer Ondyak, declare as follows:

1.  I am an alumnus of American University and I graduated in May 2003 from the School of Communications.

2.  I currently reside at 425 West Broadway, Apt., 6B, New York, New York.

3.  Since graduating from American University, I have received in New York by U.S. Mail several magazines and correspondence from American University which correspondence requests me to donate money to American University.

4.  Most recently on October 16, 2007, I received two pieces of mail from American University.

Declaration of Jennifer Ondyak
Page 2 of 2

5.  In addition, this past Spring my husband received a phone call while in New York from American University to donate money to American University.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __18th__ day of October, 2007.

_____
Jennifer Ondyak