Michael A. Kaufman (MK-8752)
Michael A. Kaufman, P.A.
*Attorney for Plaintiffs*
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile
michael@mkaufmanpa.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS WEIL, Individually and<br>BRETT ROYCE, Individually<br><br>Plaintiffs,<br>v.<br><br>AMERICAN UNIVERSITY, a<br>District of Columbia Corporation<br><br>Defendant. | Hon. Deborah A. Batts<br>Case No. 07-CIV-7748<br><br><br><br><br>**DECLARATION OF<br>SCOTT D. GOOTZEIT**<br><br>**Pursuant to 28 U.S.C. §1746** |

I, Scott D. Gootzeit, declare as follows:

1. I am an alumnus of American University and I graduated in May 2003 from the Kogod School of Business.

2. I currently reside at 208 E. 28th Street, Apt. 3J, New York, New York and having been residing in New York since December 2003.

3. In 2004, I attended an American University event in New York City at The Park Avenue Country Club[1] located at 27th Street and Park Avenue. At this event, there were current undergraduate students present from American University to network and interact with Alumni of American University.

---

[1] The Park Avenue Country Club has recently closed and replaced by another restaurant.

Declaration of Scott Gootzeit
Page 2 of 2

4. In 2005, I also attended an event similar to that of 2004. This event, which I attended, was located at the Park Avenue Country Club and was sponsored by American University.

5. In 2006, I attended another event sponsored by American University in New York City. This event was held at McCormick & Schmick's located at 1285 Avenue of the Americas (52nd Street ), New York, New York. I also realized that there were career service personnel from American University, Alumni and current students at this event.

6. Furthermore, I am almost certain that at the event in 2006, Neil Kerwin (now the current President of American University) attended this event.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___19th___ day of October, 2007.

_Scott Gootzeit_
Scott Gootzeit