Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (Of Counsel)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSS WEIL and BRETT ROYCE,

                Plaintiffs,

- against -

AMERICAN UNIVERSITY,

                Defendant.

Hon. Deborah A. Batts

07 Civ. 7748

**ORDER GRANTING PRO HAC VICE ADMISSION OF CHARLES D. TOBIN**

---

      **THIS MATTER** having come before the Court upon the application of Colleen A. Sorrell, a member of the bar of this Court, for entry of an Order, pursuant to Local Civil Rule 1.3(c), permitting the appearance *pro hac vice* of Charles D. Tobin, an attorney of the District of Columbia and the State of Florida, on behalf of defendant, American University, and the Court having considered the Affidavit of Ms. Sorrell sworn to October 15, 2007, the Verified Petition of Mr. Tobin sworn to October 10, 2007, and the consent of the party to Mr. Tobin's admission, and the representation for Mr. Tobin's *pro hac vice* having been met; and good cause having been shown;

      **IT IS SO ORDERED** on this 24th day of October, 2007, that the application seeking admission *pro hac vice* of Charles Tobin so that he may appear and participate in this matter on behalf of American University is hereby granted; and it is

**FURTHER ORDERED** that Mr. Tobin shall abide by the Federal Rules of Civil Procedure, the Local Civil Rules and all disciplinary rules; and it is

**FURTHERED ORDERED** that Mr. Tobin shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of Holland & Knight who is a member of the bar of this Court and who shall be held responsible for them and for the conduct of this case and of the admitted attorneys therein.

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.