Michael A. Kaufman (MK-8752)
Michael A. Kaufman, P.A.
*Attorney for Plaintiffs*
570 Lexington Avenue, 44th Floor
New York, New York 10022
212-759-1170 Telephone
212-658-9117 Facsimile
michael@mkaufmanpa.com – Email

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ROSS WEIL, individually and<br>BRETT ROYCE, individually<br><br>        Plaintiffs,<br>v.<br><br>AMERICAN UNIVERSITY, a<br>District of Columbia Corporation<br><br>        Defendant<br>_____/ | Hon. Deborah A. Batts<br>Case No. 07-CIV-7748 |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2), or in the Alternative to Transfer Under Venue Under 28 U.S.C. §1404 or §1406; Declaration of Michael A. Kaufman with Exhibits "A" through "G"; Declaration of Ross Weil with Exhibit "A"; Declaration of Brett Royce; Declaration of Jennifer Ondyak; and Declaration of Scott D. Gootzeit was sent via Federal Express – Next Day Service on 24th day of October, 2007 to: Charles D. Tobin, Esquire, Holland & Knight, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006.

DATED: October 25, 2007                Respectfully submitted,

                    Michael A. Kaufman, P.A.
                    Attorneys for Plaintiffs
                    570 Lexington Avenue, 44th Floor
                    New York, NY 10022
                    212-759-1170  - Telephone
                    212-658-9117  - Facsimile

                    By   */s/ Michael A. Kaufman*
                    Michael A. Kaufman, Esq. (MK-8752)