Colleen A. Sorrell, Esq.
Charles D. Tobin, Esq. (*pro hac vice*)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010
Attorneys for American University

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSS WEIL and BRETT ROYCE,                          :
                                                    :         Hon. Deborah A. Batts
                        Plaintiffs,                 :
                                                    :         07 Civ. 7748
        - against -                                 :
                                                    :         **NOTICE OF APPEARANCE**
AMERICAN UNIVERSITY,                                :
                                                    :
                        Defendant.                  :
------------------------------------------------------------------X

PLEASE TAKE NOTICE, that Charles D. Tobin appears as an attorney for Defendant American University and demands that copies of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  October 29, 2007
        Washington, D.C.

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                            Charles D. Tobin
                                            charles.tobin@hklaw.com
                                            2099 Pennsylvania Avenue, N.W. Suite 100
                                            Washington, D.C. 20006
                                            Telephone: (202) 419-2539
                                            Facsimile:  (202) 955-5564

# 4885852_v1