**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROSS WEIL and BRETT ROYCE,

Plaintiffs,

-against-

AMERICAN UNIVERSITY,

Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/8
```

07 **CIVIL** 7748 (DAB)

**JUDGMENT**

Defendant having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), or in the alternative, to transfer venue to the District of the District of Columbia, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on January 2, 2008, having rendered its Memorandum and Order granting defendant's motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 2, 2007, defendant's motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
          January 3, 2008

**J. MICHAEL McMAHON**

_____
**Clerk of Court**

BY:      _____
**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**